IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLARENCE LUKER, # 276254,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 20-0269-JB-MU |
| **JOHNNY PORTIS,** *et al.,* | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

**DONE and ORDERED** this 4th day of August, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE